UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDREE S.[1],

                Plaintiff,

v.

SOCIAL SECURITY,
COMMISSIONER OF,

                Defendant.
_____/

Case No. 2:25-cv-10592

Honorable Susan K. DeClercq
United States District Judge

Honorable Elizabeth A. Stafford
United States Magistrate Judge

**ORDER ADOPTING REPORT AND RECOMMENDATION (ECF No. 12), GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (ECF No. 9), DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF No. 11), AND REMANDING MATTER**

On January 27, 2026, Magistrate Judge Elizabeth A. Stafford issued a report, ECF No. 12, recommending that this Court grant Plaintiff Andree S.'s Motion for Summary Judgment, ECF No. 9, and deny Defendant Commissioner of Social Security's Motion for Summary Judgment, ECF No. 11. Accordingly, Judge Stafford's report recommended that this Court remand the matter for further

_____

[1] Consistent with guidance regarding privacy concerns in Social Security cases by the Judicial Conference Committee on Court Administration and Case Management, the Eastern District of Michigan has adopted a policy to identify plaintiffs in Social Security cases by only their first names and last initials. *See also* FED. R. CIV. P. 5.2(c)(2)(B).

consideration under sentence four of 42 U.S.C. § 405(g). ECF No. 12 at PageID.1429.

Judge Stafford provided 14 days to object. *Id.* at PageID.1430. But the Parties did not do so. They have therefore forfeited their right to appeal Judge Stafford's findings. *See Berkshire v. Dahl*, 928 F.3d 520, 530–31 (6th Cir. 2019) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). Moreover, having reviewed the report and recommendation, this Court will adopt the recommendation in full because it finds no clear error. *See Roby v. Bloom Roofing Sys*, 343 F.R.D. 487, 490 (E.D. Mich. 2023) (noting that a clearly erroneous finding is one that leaves this Court with a firm and definite conviction that the magistrate judge made a mistake).

Accordingly, it is **ORDERED** that the Report and Recommendation, ECF No. 12, is **ADOPTED**.

It is further **ORDERED** that Plaintiff's Motion for Summary Judgment, ECF No. 9, is **GRANTED**.

It is further **ORDERED** that Defendant's Motion for Summary Judgment, ECF No. 11, is **DENIED**.

It is further **ORDERED** that the matter is **REMANDED** for further consideration under sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED.**

**This is a final order and closes the above-captioned case**.

*/s/Susan K. DeClercq*
SUSAN K. DeCLERCQ
United States District Judge

Dated: February 24, 2026